————o————

ENGLEMAN & HOFFMAN, Appellants, v. MARTHA E. GRAVES et al., Respondents.

1. *Mechanic's lien — Judgment against 160 acres, improper.*—Judgment against the entire farm of defendants, containing 160 acres, is unwarranted by the statute.

*Appeal from Livingston Court of Common Pleas*

*Broaddus & Pollard*, for appellants.

*James McFerran*, for respondents.

WAGNER, Judge, delivered the opinion of the court.

This was a proceeding instituted for the purpose of subjecting certain property of the defendants to a mechanic's lien on account of work and labor done thereon. The court below gave judgment for the lienor against the entire farm of the defendants, containing 160 acres of land. As the statute does not authorize such a judgment, it will be reversed. The other judges concur.